# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

STEPHEN ALEXIS T. JILES,       )
                               )
     Petitioner,               )
                               )
v.                             )   CASE NOS. CV419-177
                               )             CR417-227
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
                               )

## O R D E R

Before the Court is the Magistrate Judge's April 23, 2021, Report and Recommendation (Doc. 2),[1] to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner's motion for habeas corpus relief under 28 U.S.C. § 2255 is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Further, a federal prisoner must obtain a certificate of appealability ("COA") before appealing the denial of his motion to vacate. Applying the COA standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA will issue either. 28 U.S.C.

---

[1] Unless otherwise noted, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV419-177.

§ 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2255 ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

**SO ORDERED** this **3RD** day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA